**07 CRIM. 464**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 MAY 16  A 11:00

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 07-41-01-SM |
| | ) | |
| ANA L. LAJARA | ) | |
| a/k/a Ana Elina Cruz | | |

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: _____ DEPUTY CLERK 5-18-07

**CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO FED. R. CRIM. P. 20**

I, **ANA L. LARAJA**, defendant, have been informed that an Indictment is pending against me in the above designated case. The Indictment charges me with a violation of 18 U.S.C. §1001(a)(2). I want to waive my right to a trial in the District of New Hampshire. I also agree to plead guilty to the offense in the district in which I was arrested, the Southern District of New York.

4/3/07
Dated

_Ana Lajara_
ANA L. LAJARA, Defendant

4/3/07
Dated

_[signature]_
Labe Richman, Esq.
Attorney for **ANA L. LAJARA**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 24 2007

**APPROVED**

_Thomas P. Colantuono_
Thomas P. Colantuono
United States Attorney
District of New Hampshire

_Michael Garcia /pr_
United States Attorney
Southern District of New York