UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 JAN 24  P 2:33

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 07-cr-41-01-SM |
| | ) |
| ANA L. LAJARA a/k/a | ) |
| Ana Elina Cruz | ) |

07 CRM. 464

INDICTMENT

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: [signature] DEPUTY CLERK
5-17-07

The Grand Jury charges:

COUNT 1

FALSE STATEMENTS
[18 U.S.C. § 1001(a)(2)]

AT ALL TIMES MATERIAL TO COUNT ONE OF THIS INDICTMENT:

1. The "National Passport Center" is a facility operated by the United States Department of State, Bureau of Consular Affairs, for the filing, processing and adjudication of Applications for United States Passports (forms DS-11 and DS-82). This facility is located at 31 Rochester Avenue, Portsmouth, New Hampshire.

2. Title 22, United States Code, Section 213 and Title 22, Code of Federal Regulations, Section 51.20 require a passport applicant to provide truthful information on a passport application that is material and pertinent to the applicant's eligibility to receive a passport. This requirement includes all information and evidence submitted in support of the application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 24 2007

3. Under Title 22, United States Code, Section 212 and Title 22, Code of Federal Regulations, Section 51.2, a United States passport may be issued only to a person owing allegiance to the United States. Only a United States citizen or a United States national, that is, an inhabitant of a United States possession, is eligible to receive a United States passport.

4. At all times relevant to the charge in this indictment, defendant, **ANA L. LAJARA**, was neither a citizen nor a national of the United States.

## THE FALSE STATEMENTS

5. In and around April 2005, in the District of New Hampshire and elsewhere, the defendant,

### ANA L. LAJARA,

in a matter within the jurisdiction of the United States Department of State, an agency of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious and fraudulent statements and representations in connection with an Application for U.S. Passport (Form DS-11). On or about April 22, 2005, the defendant executed an Application for U.S. Passport (Form DS-11), which was received at the National Passport Center on or about May 4, 2005. The defendant falsely stated on the application that her name was Ana Elina Cruz, that she was born on May 19, 1947, and that she

was born in Puerto Rico, in violation of 18 United States Code, Section 1001(a)(2).

**A TRUE BILL**

*[signature]*
Foreperson of the Grand Jury

THOMAS P. COLANTUONO
United States Attorney

*[signature]*
Robert M. Kinsella
Assistant U.S. Attorney
53 Pleasant Street
Concord, N.H. 03301-3904
(603) 225-1552

Dated: January 24, 2007

CM/ECF - U.S. District Court:nhd - Docket Report  Page 1 of 2
Case 1:07-cr-00464-GEL   Document 2   Filed 05/24/2007   Page 4 of 6
CLOSED

# U.S. District Court
## District of New Hampshire (Concord)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00041-SM-ALL

| | |
|---|---|
| Case title: USA v. Lajara | Date Filed: 01/24/2007 |

Assigned to: Chief Judge Steven J. McAuliffe

**Defendant**

**Ana L. Lajara** (1)
*TERMINATED: 05/16/2007*
*also known as*
Ana Elina Cruz (1)
*TERMINATED: 05/16/2007*

07CRM. 464

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: [signature] DEPUTY CLERK
5-18-07

**Pending Counts**                                **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                             **Disposition**
18 USC 1001(a)(2) FALSE STATEMENTS                Case transferred to the Southern District of
(1)                                               New York

**Highest Offense Level (Terminated)**
Felony

**Complaints**                                    **Disposition**
None

**Plaintiff**
USA                              represented by   **Robert M. Kinsella**
                                                  US Attorney's Office (NH)
                                                  53 Pleasant St, 4th Flr
                                                  Concord, NH 03301-0001
                                                  603 225-1552
                                                  Email: robert.kinsella@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| Date | Doc# | Description |
|---|---|---|
| 01/24/2007 | 1 | SEALED INDICTMENT as to Ana L. Lajara (1) count(s) 1. *Original document available in clerks office.*(jab, ) (Entered: 01/26/2007) |
| 01/24/2007 | 2 | Praecipe for Warrant by USA as to Ana L. Lajara. (jab, ) (Entered: 01/26/2007) |
| 01/24/2007 | 3 | MOTION to Seal Case at Level II until defendant is taken into custody by USA as to Ana L. Lajara (jab, ) (Entered: 01/26/2007) |
| 01/24/2007 |  | **ENDORSED ORDER granting 3 Motion to Seal Case at Level II as to Ana L. Lajara (1).** *Text of Order: Motion Granted.* **So Ordered by Judge Joseph A. DiClerico Jr. (jab, )** (Entered: 01/26/2007) |
| 01/25/2007 |  | Arrest Warrant Issued as to Ana L. Lajara. Original warrant and copies to US Marshal and US Probation. (jab, ) (Entered: 01/26/2007) |
| 03/01/2007 |  | Arrest of Ana L. Lajara in the Southern District of New York. (jab, ) (Entered: 03/07/2007) |
| 03/07/2007 | 4 | Removal Documents Received from the Southern District of New York as to Ana L. Lajara. (jab, ) (Entered: 03/07/2007) |
| 05/16/2007 | 5 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York. Counts closed as to Ana L. Lajara (1) Count 1. (jab, ) (Entered: 05/16/2007) |

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

May 18, 2007

J. Michael McMahon, Clerk
U.S. District Court for the
    Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007



Re:   NH Case No.: Case No. 07-cr-41- 01 -SM, USA v. Ana L. Laraja

Dear Clerk McMahon:

The above case has been to your jurisdiction pursuant to Rule 20 Transfer

We enclose the following items:

    certified copy of the docket sheet
    certified copies of file documents - Indictment, Rule 20 Consent Form

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

James R. Starr, Clerk

By: *Judith Barrett*
    Judith Barrett
    Deputy Clerk

Enclosures

cc:   U.S. Attorney's Office - NH