```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
UNITED STATES OF AMERICA          :     [~~PROPOSED~~] ORDER

          - v -                   :     07 Cr. 464 (GEL)

ANA LAJARA,                       :

                                  :
          Defendant.
                                  :
------------------X
```

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on August 16, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transferred to the District Court, and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the plea;

IT IS HEREBY ORDERED that ANA LAJARA's guilty plea is accepted.

Dated: New York, New York
       September 17, 2007

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK