**Madeline Cruz**
**94-46 Magnolia Ct.**
**Apt. 2B**
**Ozone Park, NY  11417**
**Cell 718-908-4437**
**Home/Fax 718-848-2181**

November 4, 2007

To The Honorable Judge Gerard E. Lynch

U.S. District Judge

Re: US v. Ana Cruz

Dear Judge Lynch:

Before it was discovered in 2005 by the federal agents that my mother, Ana Cruz, had come to this country under an assumed identity, my mom was a wonderful mother and hard working individual. She would get up in the morning to go care for her sick and elderly patients as a healthcare home attendant.  She has done this for many years without fail.

She worked five days per week to pay her bills & take care of her responsibilities independently.  Although, as a home attendant she didn't make a lot of money, she worked all the overtime she could get in order to make more money and be independent. Considering she's only had an equivalent education to U.S. fifth grade, she has come a long way.  She learned to speak English, raised three children and gave us a lot of love and support.  My sister and I are successful professionals and all of us are competent, self-sufficient adults.

We're so sad. Mom wasn't educated enough to possibly get legalized with a program during the President Reagan years. It's also sad, she had this secret on how she came to the U.S. so long ago. Had I known, I could have helped her.

At this point, I can only be supportive and deal with the current issues of now supporting my mom financially a 100%. She has no job now and no healthcare insurance coverage. When she worked, she contributed to society by paying taxes and she participated as an active member of her family. She was also fulfilled as a helper and care giver to others. She loved her work. My mom is a giving person who loves her children and three grandchildren as well as her patients, some of whom wonder where she has gone.

She is now depressed and a nervous wreck because the thought of being taken from her family is devastating and we are all she has.

And, what's even worse, she had no intention of renewing her passport except that I had won a trip at my job and I asked her to renew it so that I could take her on that trip, because she deserved it and I wanted to do something nice for her. Because of that, a good deal of her life has been destroyed and possibly her whole life. I can't put in to words how sad and sick I feel.

Mom regrets this and I wish I had known about this problem sooner

2

so that I would not have pressured her to renew her passport and
I could have helped rectify this mistake legally.

I am trying to communicate with the Court that when everything
you've worked for is taken away in the blink of an eye, that is
devastating to deal with.

My mom has been cooperative since this started and at her age of
58 years we are begging for some leniency. She has lost her life
of work and her paycheck as well as her social security (which
see contributed to for so many years).

As for myself, I am sad, overwhelmed, scared and angry that this
had to happen.  My life has changed dramatically because now I am
caring for my mom as if she were my child.  I am no longer
traveling because I need to be near her just in case she needs me
for any emergencies that may arise and this has gutted her
psychologically so she is frail. I am not rich and whatever money
I would be able to save is now being spent on my mom for her
survival.

There are so many other issues that are pressing this country and
it's sad my mom has to endure her older years with this great
punishment for a crime that was really committed before I was
born, 35 years ago and no one has been negatively impacted by her
lie. And, she has given to American society by caring for the ill
and elderly.  It is sad to see all the crying she does thinking
about the inevitable.

3

Reminiscing on her past is very painful since her upbringing wasn't an easy one and was filled with lots of verbal and mental abuse by her parents. The Probation interview was so painful for her. My mom has suffered greatly. She deserves to be happy again but I don't know if that will ever happen, I believe that she has suffered enough and deserves whatever leniency this Court can give.

Please do not hesitate to contact me if you need any further information. I thank the Court for Your Honor's attention to my letter. I only hope and pray that I have made myself clear.

Respectfully submitted,

Madeline Cruz